1  PHILLIP A. TALBERT
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAR 0 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Searches of Relating to    CASE NOS.   3:15-SW-0015 CMK
   John Crosby, Ines Crosby, and Leslie Lohse                 3:15-SW-0016 CMK
12                                                            2:15-SW-0325 EFB

13                                                 [PROPOSED] ORDER UNSEALING SEARCH
                                                   WARRANTS
14

15
       The Court hereby orders that the search warrants, supporting affidavits, and applications in Case
16
   Nos. 3:15-SW-0015 CMK, 3:15-SW-0016 CMK, and 2:15-SW-0325 EFB, as well as the Petitions to
17
   Seal, and the Orders sealing these documents, shall be unsealed and made part of the public record
18
       IT IS SO ORDERED.
19

20

21 Dated: 3/1/2017                                 _____
22                                                 HON. CAROLYN K. DELANEY
                                                   U.S. MAGISTRATE JUDGE
23

[PROPOSED] ORDER                                    1